IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALI BAIOMY, | § | |
| | § | |
|    PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 3:26-CV-562 |
| | § | |
| UT SOUTHWESTERN MEDICAL | § | |
| CENTER | § | |
| | § | |
|    DEFENDANT. | § | |

**DEFENDANT'S NOTICE OF REMOVAL**

Defendant UT Southwestern Medical Center ("UTSW") files this Notice of Removal, pursuant to 28 U.S.C. §§1331, 1441, and 1446, to remove this action filed in the 192nd Judicial District Court of Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division. In support of this removal, Defendant respectfully offers the following:

**GROUNDS FOR REMOVAL**

On December 12, 2025, Plaintiff filed his Original Petition alleging that Defendant UTSW violated Title VII of the Civil Rights Act of 1964 and the Texas Commission on Human Rights Act by discriminating against him based on his national origin and unlawfully retaliating against him. Plaintiff also alleges that UTSW violated the Texas Pay Day Act and that UTSW breached his employment contract.

Because Plaintiff alleges discrimination and retaliation under Title VII, a United States law, UTSW removes this action to federal court. *See* 28 U.S.C. § 1331.

## TIMELINESS OF REMOVAL

Petitioner filed his Original Petition on December 12, 2025. Defendant was served with Plaintiff's Original Petition on January 22, 2026. Defendant filed its Original Answer and Affirmative Defenses on February 13, 2026. Pursuant to 28 U.S.C. § 1446(b)(1), UTSW had thirty (30) days from January 22, 2026 to file its removal. UTSW now timely files its Notice of Removal within thirty (30) days.

## VENUE

Venue is proper in this Court under 28 U.S.C. § 1441(a) because this district and division embrace the place where the removed state court action has been pending. Specifically, the 192nd Judicial District Court of Dallas County, Texas, is geographically located within the Dallas Division of the United States District Court for the Northern District of Texas.

## COMPLIANCE WITH PROCEDRAL REQUIREMENTS

A copy of all required documents is included with or attached to this Notice, pursuant to 28 U.S.C. § 1446(a), including:

1. A completed civil cover sheet;

2. A supplemental civil cover sheet;

3. A Notice of Removal;

4. An index of all documents that clearly identifies each document and the date the document was filed;

5. A copy of the state court docket sheet;

6. Each document filed in the state court action; and

7. A Certificate of Interested Persons.

In the event this Court subsequently identifies a defect in this Notice of Removal, UTSW respectfully requests this Court grant leave to amend this Notice to cure the defect. *See, e.g.*, *UICI v. Gray*, No. Civ. A. 3:01CV0921L, 2002 WL 356753, at *2 (N.D. Tex. Mar. 1, 2002) (mem. op.).

By filing this Notice of Removal, UTSW does not waive any legal defenses or objections to Plaintiff's Original Petition but expressly reserves its right to raise any and all legal defenses or objections in subsequent pleadings in this Court.

This Notice of Removal is signed pursuant to Federal Rule of Civil Procedure 11, as required under 28 U.S.C. § 1446(a).

## CONCLUSION

Because UTSW has properly complied with the removal statutes set forth above, this case stands removed from the 192nd Judicial District Court of Dallas County, Texas, to the United States District Court for the Northern District of Texas, Dallas Division.

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Deputy Chief, General Litigation Division

*/s/ Jordan P. Woody*
**JORDAN P. WOODY**
Assistant Attorney General
Texas Bar No. 24085665
Office of the Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone (512) 463-2100
Fax: (512) 320-0667
Jordan.Woody@oag.texas.gov
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been filed via CM/ECF electronic filing on this the 20th day of February, 2026, which will send electronic notice of filing to Plaintiff's counsel of record.

Taylor Jones
1201 Fannin Street, Suite 202
Houston, Texas 77002
Phone and Fax: (832) 446-9403
tjones@hkm.com

Attorney for Plaintiff

*/s/ Jordan P. Woody*
**JORDAN P. WOODY**
Assistant Attorney General